NO._____

IN THE
COURT OF CRIMINAL APPEALS
OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk

Samuel D. McGinty

v.

The Sate of Texas

FILED IN
COURT OF CRIMINAL APPEALS

APR 13 2015

Abel Acosta, Clerk

From the court of appeals
for the Eighth District of TEXAS
at ElPaso, Texas

cause no. 08-13-00217CR

Motion for patition for: DISCRETIONARY REVIEW TO THE HONORABLE JUDGE OF THE COURT OF CRIMINAL APPEALS:

Come now, Samuel D. McGinty, Petioner, & files this motion for Discretionary Review, in support of this motion appellant shows the court the following;

I.

Petitioner was convicted in the 155th Judicial Court of the Hood County, Texas of the offense of Aggravated Sexual Assult in the cause no. CR12461, style: THE STATE OF TEXAS v. SAMUEL DUANE McGINTY. The Petioner appealed the court of appeals, 1st Judicial District. The case was AFFIRMED on MARCH 18, 2015.

II.

The present deadline for filing the Petition for Discrestionary review is APRIL 17, 2015.

III.

Petitioner's request for hearing writ to petiton for Discretionary Review is based on the following facts:

Patitioner was not informed of the decision of the court od appeals in AFFIRMING his case until MARCH 30, 2015. Since that time the Petitioner has been attempting to gain legal representation in this matter. His appointed attorney on this appeal, Micheal Menton, has

informed petitioner that he will not be represent him on this
petition for discretionary review.

Wherefor Petitoner prays this court grant this motion &
request for hearing of writ of discretionary review.

Respectfully Submitted,

*Samuel Duane McGinty*

Samuel D. McGinty  ProSe
TDCJ ID NO. 01869777
AD Hughes Unit
Rt. 2  Box 4400
Gatesville,TX 76597

CERTIFICATE OF SERVICE

I certify that I delivered a copy of appellants ProSe motion for
writ of discretionary review to the Honorable Court of Appeals for
the EIGHTH DISTRICT of TEXAS at ElPaso, Denise Pacheco, Clerk of
the court; by U.S. Mail, postage pre-paid, firstclass, at 500 E.
San Antonio Ave. Suite 1203, ElPaso, Texas 79901-2408, on this day
of MARCH 31, 2015.

*Samuel Duane McGinty*

Samuel D. McGinty Pro Se

NO._____

Samuel D. McGinty
A.D.Hughes Unit
Rt. 2  Box 4400
Gatesville,TX 76597


Abel Acosta, Clerk
Court of Criminal Appeals
Supreme Court Building
200 West 14th St.
Rm. 106, Austin, TX 78701

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk

RE: Court of Appeals Number: 08-13-00217-CR
     Tria Court Case Number: CR12461

          Style: Samuel D. McGinty v. State of Texas


     Dear Clerk, Enclosed Please find;

• Appellant's pro se Motion to file for Petition for discretionary
  Review.

     Please file this motion & bring it to the attention of the Court.

     Please date stamp this letter & return it to me at address shown
above.

     I also request that you notify me of the Courts ruling on this
Motion.


                         Sincerely,

                         Samuel Duane McGinty

Samuel D. McGinty 1869777
Hughes Unit
Rt. 2 Box 4400
Gatesville, TX 76597

LEGAL MAIL

Abel Acosta, Clerk
Court of Criminal Appeals
Supreme Court Building
200 West 14th St. Rm 106
Austin, TX 78701